IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : NO. 18-CR-230 |
| | : |
| THOMAS DOUGHER | : |

**O R D E R**

**AND NOW**, this 23rd day of February, 2021, upon review of Defendant's *pro se* motion to reduce sentence and the government's response thereto, it is **ORDERED** that the motion [Doc. 47] is **DENIED**.

It is further **ORDERED** that the government's motion to impound Exhibit A to the government's response [Doc. 51] is **GRANTED**.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.